Jeremy B. Clarke, Esq.
Nevada State Bar No. 13849
CLARKE LAW, PC
230 E. Liberty St.
Reno, Nevada 89501
Telephone: (775) 433-1300
E-Mail: JBC@ClarkeLawNV.com

*Attorney for Plaintiffs Donald J. Burke and Donald W. Burke*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD J. BURKE, a Nevada resident; and DONALD W. BURKE, a Nevada resident,<br><br>Plaintiffs,<br><br>v.<br><br>LEWIS INVESTMENT COMPANY OF NEVADA, LLC, a Delaware Limited Liability Company; KILEY RANCH SIX APARTMENTS, LLC, a Delaware Limited Liability Company; LUKE DRAGOVICH, a Nevada resident, and DOES 1 through 10; and ROE CORPORATIONS 1 through 10,<br><br>Defendants. | Case No. 3:23-CV-00184<br><br>**COMPLAINT**<br>**(JURY DEMANDED)** |

COMES NOW, Plaintiffs, DONALD J. BURKE ("Burke Sr.") and DONALD W. BURKE ("Burke Jr.") (collectively, when possible, "Plaintiffs" or "the Burkes"), by and through their counsel of record, Clarke Law, PC, hereby complains and alleges as follows:

## PARTIES

1. Burke Sr. is an individual and a resident of Washoe County, Nevada.

2. Burke Jr. is an individual and a resident of Washoe County, Nevada.

3. Defendant, Lewis Investment Company of Nevada, LLC ("Lewis"), is a Delaware

1

limited liability company doing business in Washoe County, Nevada.

4. Defendant, Kiley Ranch Six Apartments, LLC ("Kiley Ranch Six"), is a Delaware limited liability company doing business in Washoe County, Nevada.

5. Defendant, Luke Dragovich ("Dragovich"), was and is an individual residing in Washoe County, State of Nevada.

6. The Burkes do not know the true names or capacities of the defendants sued herein as Does 1 through 10, and Roe Corporations 1 through 10, but they are informed and believe and thereon allege that each of said defendants is legally responsible for the events and happenings referred to herein, and proximately caused damages to them as described herein. The Burkes will seek to amend this Complaint to insert the true names of those sued by fictitious names, and with appropriate allegations, when the same become known.

7. The Burkes are informed and believe and thereon allege that each of the defendants, including the Defendants named and Does and Roe Corporations herein, were the subsidiaries, parents companies, joint venturers, acquiring or acquired entities, alter egos, shell entities, successors, assigns, heirs, joint- or co- employers, and/or agents of one another, and in doing the acts, omissions, and other things alleged herein, were acting with the scope of such alter ego capacity, unity of interest, and/or agency.

## JURSIDCTION AND VENUE

8. This case arises under the copyright laws of the United States. Accordingly, this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1338, which provides the district courts of the United States jurisdiction over all civil actions arising under any Act of Congress relating to copyrights.

9. This judicial district's unofficial northern division is the appropriate venue for this action pursuant to 28 U.S.C. § 1400 as civil actions arising under any Act of Congress relating to copyrights may be instituted in the district which the defendant or his agent may be found.

## FACTUAL BACKGROUND

10. Burke Sr. has been a practicing licensed architect for over 50 years and for the last 40 years has specialized in the design of multi-family buildings and projects.

11. Burke Sr. is the architect-of-record for over 100 large multi-family apartment and condominium communities.

12. Burke Sr. has been granted a United States patent for a unique multi-family building design and is the author or co-author of over 10 United States registered copyrighted multi-family building designs, including those designs subject to this Complaint.

13. Burke Jr. is an accomplished computer operator, who for the past 37 years, has assisted his father, Burke Sr., in the preparation of project architectural building designs, project entitlement documents, and project construction documents.

14. Burke Jr. is the co-author of the registered copyrights subject to this Complaint.

15. During the 1998-2004 timeframe, one of the many developers for which the Burkes provided architecture services was Pacific West Companies ("Pac West") in Reno, Nevada.

16. In 2004, Pac West opened an in-house architectural and civil engineering department in Reno and employed the Burkes to provide its in-house architectural services. This lasted for five years, until the housing "bubble" burst of 2008 when Pac West laid off all of its employees, including the Burkes.

17. In 2009, the Burkes reestablished a private architecture firm, known as Donald J. Burke, Architect. Around this time, the Burkes learned that California building codes previously based on the Uniform Building Code ("UBC") were being changed to be based on the International Building Code ("IBC"), which would permit one-exit designs for multi-family buildings.

18. Over the next two years, the Burkes created and developed designs which adapt to the changes to the new code. Specifically, the Burkes researched, created, and copyrighted, the Burke Prototype Apartment Product Building Design Type B, and other variations, adaptations, and derivatives thereof, a new, state-of-the-art multi-family building design.

19. In 2017, the Burkes created and copyrighted a new multi-family townhouse building design, the Burke Townhouse Prototype "T" Unit and building designs. The Burke Prototype Apartment Product Building Design Type B, the Burke Townhouse Prototype "T" Unit, and other variations, adaptations, and derivatives thereof will be hereinafter referred to as the "Burke Designs." The Burke Designs were referred to as a "Game Changer" because they revolutionized

the design and development of multi-family buildings.

20. The Burkes independently created the Burke Designs. The Burkes went to great lengths to independently submit, register, and obtain copyrights for the Burke Designs from the United States Copyright Office, in their own names. The copyrights were not works for hire.

21. The Burkes have been issued Certificates of Registration for the Burke Designs. *See, e.g.*, Certificate of Registration, Apartment Product Type B, Registration No. VAu 1-080-635, attached as **Exhibit 1**; Certificate of Registration, Burke Prototype "B" Building Designs, Registration No. VA 2-000-068, attached as **Exhibit 2**; and Certificate of Registration, Burke Townhouse Prototype "T," Registration No. VAu 1-365-419, attached as **Exhibit 3**.

22. The Burkes were employed by Pac West, for the second time, from approximately June 1, 2014 through March 11, 2019.

23. Upon information and belief, Dragovich was also employed by Pac West from approximately 2016 through 2021, wherein there was an approximate three (3) year overlap of employment where the Burkes and Dragovich worked together at Pac West.

24. During these three (3) years at Pac West, Burke Sr. mentored and trained Dragovich, providing Dragovich with access to and specific training on the Burke Designs.

25. During this training and mentorship, Burke Sr. advised Dragovich that the Burke Designs were copyrighted and that the Burkes owned the copyrighted Burke Designs.

26. During the Burkes employment with Pac West, Ted Erkan, Senior Vice President for Lewis, was made aware that the Burke Designs were intellectual property owned solely by the Burkes.

27. On August 22, 2019, after the Burkes employment with Pac West was terminated, the Burkes participated in a meeting with the corporate executives of Lewis wherein the Burkes presented the benefits and intricacies of the Burke Designs and made clear to Lewis that the Burke Designs were intellectual property solely owned by the Burkes.

28. Upon information and belief, Dragovich's employment with Pac West terminated in early 2021, and then Dragovich was hired by Lewis as an in-house architect.

///

**Homecoming at Kiley Ranch Development**

29. Upon information and belief, Kiley Ranch Six is the owner of Homecoming at Kiley Ranch, an apartment and townhome development (the "Development") located at 1234 Sabata Way in Sparks Nevada.

30. Upon information and belief, Lewis is the project developer of the Development.

31. Upon information and belief, Kiley Ranch Six is also the project architect for the Development.

32. Upon information and belief, Dragovich is the architect-of-record for the Development.

33. The Development is currently under construction and Lewis reports the Development will be ready for occupancy in June 2023.

34. On or about March 10, 2022, the Burkes discovered through architectural plans obtained from the City of Sparks Building Department, the Lewis, Kiley Ranch Six, and Dragovich (collectively, the "Defendants") knowingly and willfully copied the Burke Designs for the Development.

35. Kiley Ranch Six, as the Development's architect and owner, prepared architectural construction documents, the design of which was knowingly and willingly copied from the Burke Designs.

36. Upon information and belief, contrary to Nevada law, Kiley Ranch Six is not registered with the State of Nevada to provide architectural services in the State of Nevada, or any state. *See* NRS 623.349 and NAC 623.740.

37. Lewis, as the developer for the Development, knew and understood that the Burkes created and owned the copyrighted Burke Designs. Nevertheless, Lewis plagiarized the Burke Designs for the Development.

38. Upon information and belief, Dragovich obtained possession of the Burke Designs and documents during his employment with Pac West. Dragovich, as architect-of-record for the Development and without permission from the Burkes, plagiarized, copied, made minor changes to the Burke Designs, and stamped the architectural construction documents for the Development,

knowingly and intentionally infringing on the Burke's copyrights. The Nevada State Board of Architecture guidelines require an architect coping or making changes to another architect's documents to first obtain the permission of the original architect. Permission to copy or change the Burke Design documents was never requested by Dragovich and permission was never granted by Burke. *See* Nevada State Board of Architecture Blue Book A-4(a).

## FIRST CAUSE OF ACTION

## (Copyright Infringement)

39. The Burkes repeat and reallege the allegations contained in the preceding paragraphs as though fully set forth herein.

40. The Burkes own valid copyrights. *See* **Ex. 1**, **Ex. 2**, and **Ex. 3**.

41. Further, because the Burkes have obtained Certificates of Registration from the United States Copyright Office, their ownership of a valid copyright is presumed and the issuance of a Certificate of Registration is *prima facie* evidence of the validity of the Copyrights. *See* 17 U.S.C. § 401(c).

42. In addition, under Nevada law, all architectural sketches, designs, and related materials remain the property of the architect. *See* NAC 623.780.

43. The Defendants, each of them, had access to the Burkes' copyrighted works and produced works that are substantially similar to the protected elements of the Burkes' copyrighted works and the Burkes' derivative works of said copyrights.

44. The Defendants further copied the original expression from the copyrighted works.

45. Upon information and belief, the Defendants, each of them, have knowingly and intentionally infringed upon the Burkes' copyrights, entitling the Burkes to recover actual or statutory damages, *see* 17 U.S.C. § 504(a), injunctive and declaratory relief, *see* 17 U.S.C. § 502, and their costs, including attorney's fees, *see* 17 U.S.C. § 505.

46. As a direct, foreseeable, and proximate cause of the Defendants' infringement, the Burkes have incurred damages in excess of the minimum jurisdictional amount of this Court, the exact amount to be determined at trial or other proceedings in this action.

47. As a direct, foreseeable, and proximate cause of the Defendants' actions, the Burkes

were forced to engage counsel to protect their rights in this suit and are entitled to an award of reasonable attorney's fees and costs.

## SECOND CAUSE OF ACTION

### (Unjust Enrichment)

48. The Burkes repeat and reallege the allegations contained in the preceding paragraphs as though fully set forth herein.

49. The Burkes conferred a benefit, access to the Burke Designs, to the Defendants, each of them.

50. The Defendants have unjustly retained the Burke Designs and applied them in the Development.

51. The Defendants have not paid the Burkes for the Defendants' use of the Burke Designs.

52. It would be unequitable for the Defendants to enjoy the benefit of their copyright infringement without compensating the Burkes.

53. The Burkes are entitled to restitution in the amount of a market-rate architecture fee for the Development.

54. As a direct, foreseeable, and proximate cause of the Defendants' actions, the Burkes were forced to engage counsel to protect their rights in this suit and are entitled to an award of reasonable attorney's fees and costs.

WHEREFORE, the Burkes pray for relief from this Court as follows:

1. For judgment against the Defendants, each of them, according to proof presented at trial or other proceedings in this action;

2. For compensatory damages in excess of $50,000 to be proven at trial or other proceedings in this action;

3. For statutory damages and relief pursuant to any applicable statute or rule;

4. For attorneys' fees and the costs of suit incurred herein, as special items of damages under FRCP 9(g), and recoverable under any other applicable agreement, statute, or rule, because the Burkes have been forced to retain legal counsel as a result of the Defendants' conduct, and will

continue to incur substantial attorney's fees in connection with this matter;

5. All allowable statutory damages and remedies against all Defendants, as set forth above, including attorneys' fees, costs, pre-judgment interest, and post-judgment interest, all according to proof at trial;

6. For prejudgment interest in all amounts claimed; and

7. For such other and further relief as the Court deems just and proper.

DATED this 3rd day of May, 2023.

                                                       CLARKE LAW, PC

By: _____
      Jeremy B. Clarke, Esq.
      Nevada State Bar No. 13849

*Attorney for Plaintiffs Donald J. Burke and Donald W. Burke*

CLARKE LAW, PC
230 E. Liberty St., Reno, NV 89501
(775) 433-1300

**EXHIBIT INDEX**

Exhibit 1:   Certificate of Registration, Apartment Product Type B, Registration No. VAu 1-080-635

Exhibit 2:   Certificate of Registration, Burke Prototype "B" Building Designs, Registration No. VA 2-000-068

Exhibit 3:   Certificate of Registration, Burke Townhouse Prototype "T," Registration No. VAu 1-365-419

# EXHIBIT 1

# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-080-635**

Effective date of registration:

October 6, 2011

## Title
**Title of Work:** Apartment Product Type B   *B20, B24 PODIUM*

## Completion/Publication
**Year of Completion:** 2011

## Author
- **Author:** Donald James Burke
  **Author Created:** technical drawing

  **Work made for hire:** No
  **Citizen of:** United States    **Domiciled in:** United States
  **Year Born:** 1939

## Copyright claimant
**Copyright Claimant:** Donald James Burke
9290 Prototype Dr., Reno, NV, 89521, United States

## Certification
**Name:** Donald James Burke
**Date:** October 6, 2011

*L-9*

Page 1 of 1

# EXHIBIT 2

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-000-068**

**Effective Date of Registration:**
February 10, 2015

## Title

**Title of Work:** Burke Protype "B" Building Designs (Not Yet Constructed) *B16, B20, B24*

**Nature of Claim:** Architectural Drawings

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 30, 2015

## Author

- **Author:** Donald James Burke
  **Author Created:** Architectural work
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1939
  **Anonymous:** No
  **Pseudonymous:** No

- **Author:** Donald Wayne Burke
  **Author Created:** Architectural work
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1959
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Donald James Burke
17000 Wedge Parkway, # 625, Reno, NV, 89511

**Copyright Claimant:** Donald Wayne Burke
17000 Wedge Parkway, # 612, Reno, NV, 89511

## Limitation of copyright claim

**Previously registered:** Yes
**Previous registration and year:** VAu 1-080-635, 2011

Page 1 of 2

*L-10*

**Basis of current registration:**   This is the first published edition of a work prev. registered as unpublished.

**New material included in claim:**   Adaption of design and addtional article work

## Certification

**Name:** Donald James Burke Donald Wayne Burke
**Date:** January 30, 2015

**Correspondence:** Yes



# EXHIBIT 3

# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-365-419**

**Effective Date of Registration:**
December 31, 2017
**Registration Decision Date:**
August 22, 2019

## Title

| | |
|---|---|
| Title of Work: | BURKE TOWNHOUSE PROTOTYPE "T" UNIT AND BUILDING DESIGN (NOT YET CONSTRUCTED) |
| Nature of Claim: | TECHNICAL (4) DRAWINGS |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |

## Author

| | |
|---|---|
| • Author: | DONALD JAMES BURKE |
| Author Created: | Technical drawing, Architectual work |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1939 |
| Anonymous: | No |
| Pseudonymous: | No |

| | |
|---|---|
| • Author: | DONALD WAYNE BURKE |
| Author Created: | Technical drawing, Architectural work |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1959 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | DONALD JAMES BURKE<br>17000 WEDGE PARKWAY #625, RENO, NV, 89511 |
| Copyright Claimant: | DONALD WAYNE BURKE<br>17000 WEDGE PARKWAY #624, RENO, NV, 89511 |

**Limitation of copyright claim**

    Previously registered:  No

**Certification**

    Name:  DONALD JAMES BURKE
    Date:  December 28, 2017

    Correspondence:  Yes