# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD J. BURKE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LEWIS INVESTMENT COMPANY OF NEVADA, LLC, et al., <br><br> Defendants. | 3:23-cv-00184-MMD-CSD <br><br> **ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, September 15, 2023.**

**IT IS SO ORDERED.**

DATED:  August 22, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1