**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Leslie A. S. Godfrey, NV Bar No. 10229
lgodfrey@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
Jamie L. Zimmerman, NV Bar No. 11749
jzimmerman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone 702-608-3720
Fax    702-608-7814

*Attorneys for Defendants/Counterclaimants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD J. BURKE, a Nevada resident; and DONALD W. BURKE, a Nevada resident, | Case No. 3:23-CV-00184-MMD-CSD |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS/COUNTERCLAIMANTS TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ECF NOS. 39 & 50)** |
| LEWIS INVESTMENT COMPANY OF NEVADA, LLC, a Delaware Limited Liability Company; KILEY RANCH SIX APARTMENTS, LLC, a Delaware Limited Liability Company; LUKE DRAGOVICH, a Nevada resident, and DOES 1 through 10; and ROE CORPORATIONS 1 through 10, | **[FIRST REQUEST]** |
| Defendants. | |
| EWIS INVESTMENT COMPANY OF NEVADA, LLC, a Delaware Limited Liability Company; KILEY RANCH SIX APARTMENTS, LLC, a Delaware Limited Liability Company; LUKE DRAGOVICH, a Nevada resident, | |
| Counterclaimants, | |
| v. | |
| DONALD J. BURKE, a Nevada resident; and DONALD W. BURKE, a Nevada resident, | |
| Counterdefendants. | |

Donald J. Burke and Donald W. Burke, ("Burke Parties" or "Plaintiffs"), and Lewis Investment Company of Nevada, LLC, Kiley Ranch Six Apartments, LLC and Luke Dragovich ("Lewis Parties" or "Defendants," and, collectively with the Burke Parties, the "Parties"), by and through their respective counsel, hereby file this Stipulation and [Proposed] Order for a seven-day extension for Defendants to file a reply brief in support of their Motion for Summary Judgment (ECF Nos. 39 & 50).

IT IS HEREBY STIPULATED AND AGREED by the Parties to extend the current deadline in the matter for Defendants to file their reply brief in support of the Motion for Summary Judgment from October 18, 2024, up to and including October 25, 2024. Good cause supports this stipulation. Defendants' attorney who prepared the Motion for Summary Judgment and who is responsible for preparing the reply brief in support of the same is experiencing unexpected health complications with her pregnancy. Reassigning this responsibility to a different attorney would not only increase the costs to Defendants, but it is also not feasible considering key deadlines running in other cases at the same time the reply is currently due. This

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



1 | stipulation will cause no prejudice to any Parties in this action. Accordingly, the Parties stipulate

2 | and agree that Defendants' deadline to file a reply shall be October 25, 2024.

3 |      IT IS SO STIPULATED.

4 | Dated this 15th day of October 2024.     Dated this 15th day of October 2024.

5 | HONE LAW     CLARKE LAW, PC

6 | _/s/ Leslie A. S. Godfrey_____     _/s/ Jeremy B. Clarke_____
Eric D. Hone, NV Bar No. 8499     Jeremy B. Clarke, NV Bar No. 13849

7 | ehone@hone.law     JBC@ClarkeLawNV.com
Leslie A. S. Godfrey, NV Bar No. 10229     230 E. Liberty Street

8 | lgodfrey@hone.law     Reno, NV 89501
Kelly B. Stout, NV Bar No. 12105

9 | kstout@hone.law     *Attorneys for Plaintiffs/Counterdefendants*
Jamie L. Zimmerman, NV Bar No. 11749

10 | jzimmerman@hone.law
701 N. Green Valley Parkway, Suite 200

11 | Henderson, NV 89074

12 | *Attorneys for Defendants/Counterclaimants*

13 | **ORDER**

14 |      IT IS SO ORDERED.

15 |

16 | _____
UNITED STATES DISTRICT JUDGE

17 | Dated:   October 16, 2024

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |