AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

DONALD J. BURKE, et al.,

             Plaintiffs,

  v.

LEWIS INVESTMENT COMPANY OF NEVADA, LLC, et al.,

             Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:23-cv-00184-MMD-CSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT pursuant to this court's order entered February 5, 2025 (ECF No. 64) Defendants' motion for summary judgment (ECF No. 39) is mostly granted as specified therein (ECF No. 39). Defendants are entitled to summary judgment on Plaintiffs' copyright infringement and unjust enrichment claims.
    FURTHER ORDERED THAT judgment is hereby entered accordingly - in Defendants' favor- and this case is closed.

02/05/2025
Date

DEBRA K. KEMPI
Clerk

/s/ DRM
Deputy Clerk