Jeremy B. Clarke, Esq. (SBN 13849)
CLARKE LAW, PC
230 E. Liberty St.
Reno, Nevada 89501
(775) 433-1300
JBC@ClarkeLawNV.com
*Attorney for Plaintiffs/Counterdefendants*
*Donald J. Burke and Donald W. Burke*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD J. BURKE, a Nevada resident; and DONALD W. BURKE, a Nevada resident, <br><br> Plaintiffs, <br><br> v. <br><br> LEWIS INVESTMENT COMPANY OF NEVADA, LLC, a Delaware Limited Liability Company; KILEY RANCH SIX APARTMENTS, LLC, a Delaware Limited Liability Company; LUKE DRAGOVICH, a Nevada resident, and DOES 1 through 10; and ROE CORPORATIONS 1 through 10, <br><br> Defendants. <br><br> LEWIS INVESTMENT COMPANY OF NEVADA, LLC, a Delaware Limited Liability Company; KILEY RANCH SIX LLC, a Delaware Limited Liability Company; LUKE DRAGOVICH, a Nevada resident, <br><br> Counterclaimants, <br> v. <br><br> DONALD J. BURKE, a Nevada Resident; and DONALD W. BURKE, a Nevada resident, <br><br> Counterdefendants. | Case No.: 3:23-CV-00184-MMD-CSD <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND (1) BRIEFING SCHEDULE RE: DEFENDANTS' MOTION FOR ATTORNEY FEES [ECF NOS. 75, 81]; (2) TIME TO OBJECT TO DEFENDANTS' BILL OF COSTS [ECF NO. 74]** <br><br> **[SECOND REQUEST]** |

Plaintiffs/Counterdefendants Donald J. Burke and Donald W. Burke, ("the Burkes"), and Lewis Investment Company of Nevada, LLC, Kiley Ranch Six Apartments, LLC and Luke

1

Dragovich ("Lewis") (collectively the "Parties"), by and through their respective counsel, hereby file this Stipulation and [Proposed] Order to Extend (1) the Briefing Schedule for Defendants' Motion for Attorney Fees (ECF Nos. 75, 81); and (2) the time for Plaintiffs to file an objection to Defendants' Bill of Costs (ECF No. 74).

THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1.  Defendants'/Counterclaimants' ("Lewis") filed their Motion for Attorney Fees and Costs (ECF No. 75), followed by an Errata filed on the same date (ECF No. 81) ("Fee Motion"). Lewis also filed a Bill of Costs (ECF No. 74) on February 20, 2025. As a result of the Fee Motion's request for joint and several liability between Plaintiffs/Counterdefendants ("the Burkes") and their attorney of record, Jeremy B. Clarke, Esq. ("Clarke"), a clear and irreconcilable conflict arose between the Burkes and Clarke. Therefore, Clarke filed a Motion to Withdraw as Counsel of Record for the Burkes (ECF No. 85) which Clarke anticipates will be rendered moot by a substitution of counsel to be filed by attorney Kerry S. Doyle.

2.  Pursuant to FRCP 54(d) and LR 54-1, the Burkes originally had 14 days to both oppose the Fee Motion and object to the Bill of Costs. However, recognizing conflicts specified in the Parties' first joint stipulation to extend briefing schedule filed on February 28, 2025 (ECF No. 84), the Court granted the stipulation to extend briefing schedule so that the Burkes' opposition to Lewis' Motion for Attorney Fees and Costs, as well as the Burkes' objection to Lewis' Bill of Costs, is due May 19, 2025, and in turn Lewis' time to file a reply in support of their Fees and Costs motion, as well as to respond to any objection to the Bill of Costs, is extended to June 25, 2025. (ECF No. 86).

3.  Subsequent to the Court's order granting the stipulation to extend the briefing schedule for the pending Motion for Fees and Costs, and Bill of Costs, the Burkes' new attorney, Kerry S. Doyle, filed a notice of appeal on March 31, 2025. (ECF No. 87). This in turn triggered the 9th Circuit Court of Appeals mediation program where on April 29, 2025, mediator Bob Kaiser conferred with counsel and agreed to include the issue of attorneys' fees and costs in the mediation to involve all interested parties Lewis, the Burkes, and Clarke.

4.  The prospect of resolving with the assistance of mediator Kaiser the currently pending Motion for Fee and Costs, without requiring the expenditure of further court resources

and the parties' time and litigation expense, merits this second request to extend the above discussed briefing schedule. Therefore, this Stipulation requests an extension of 57 days from May 19, 2025 to July 15, 2025 for the Burkes and Clarke and file their respective oppositions and objections to Lewis' Fee and Costs Motion, and Bill of Costs such that, in turn, Lewis shall have an extension of 65 days from June 25, 2025 to August 29, 2025 to file a reply in support of their Fees and Costs motion, as well as to respond to any objection to the Bill of Costs.

## GOOD CAUSE EXISTS TO GRANT THE REQUESTED EXTENSION

Lewis, the Burkes, and Clarke, through their respective attorneys, have conferred in a good faith effort to explore global settlement of the pending litigation. The assistance of seasoned mediator Kaiser indicates that the desired global settlement is possible. However, key to the prospect of a settlement is that the Parties do not incur substantial additional attorneys' fees and costs. The Parties therefore seek adequate time to conduct a mediation with mediator Kaiser before having to expend the resources briefing a pending motion that will hopefully be rendered moot by successful mediation. The Parties believe there will be no prejudice to any party should this Court grant the Stipulation

IT IS SO STIPULATED

| Dated this 19th day of May, 2025 | Dated this 19th day of May, 2025 |
|---|---|
| CLARKE LAW, PC | HONE LAW |
| By: _____ | By: /s/ Eric D. Hone |
| Jeremy B. Clarke, Esq. (SBN 13849) | Eric D. Hone, Esq. (SBN 8499) |
| *Attorney for Plaintiffs/Counterdefendants* | Leslie A.S. Godfrey (SBN 10229) |
| | *Attorneys for Defendants/Counterdefendants* |

///

///

///

///

3

**ORDER**

IT IS HEREBY ORDERED that:

1. Plaintiffs' and Clarke Law's time to file an opposition to the Fee Motion and an objection to the Bill of Costs shall be extended by 57 days from May 19, 2025, to July 15, 2025; and

2. Defendants' time to file a reply to the Fee Motion and respond to an objection to the Bill of Costs shall be extended by 65 days—from June 25, 2025, to August 29, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 20, 2025

**From:** Kelly Stout <kstout@hone.law>
**Sent:** Monday, May 19, 2025 12:44 PM
**To:** Christian Moore <cmoore@laxaltlaw.com>; Kerry Doyle <kerry@rdoylelaw.com>; Eric Hone <ehone@hone.law>
**Cc:** Leslie Godfrey <lgodfrey@hone.law>; Karen Morrow <kmorrow@hone.law>; Candice Ali <cali@hone.law>; Kathie Martin <KMartin@laxaltlaw.com>
**Subject:** RE: Burke vs. Lewis Investment Company - Stipulation to Extend Briefing Schedule

Hi Christian –

Thank you for putting these together. We prefer to extend the briefing schedule rather than withdraw the motion and refile. We approve the stipulation providing new dates in July and August and you are authorized to accept the redlines and submit with Eric's e-signature.

Thank you,

Kelly

**Kelly Stout**
Attorney
Direct 702-608-2896
**Hone Law**
Las Vegas, NV

---

**From:** Christian Moore <cmoore@laxaltlaw.com>
**Sent:** Monday, May 19, 2025 10:39 AM
**To:** Kerry Doyle <kerry@rdoylelaw.com>; Eric Hone <ehone@hone.law>
**Cc:** Kelly Stout <kstout@hone.law>; Leslie Godfrey <lgodfrey@hone.law>; Karen Morrow <kmorrow@hone.law>; Candice Ali <cali@hone.law>; Kathie Martin <KMartin@laxaltlaw.com>
**Subject:** RE: Burke vs. Lewis Investment Company - Stipulation to Extend Briefing Schedule
**Importance:** High

Eric and Kerry,

Attached are two alternative stipulations. Once Eric tells us which stipulation is authorized, we can file immediately.